

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BENITO MALDONADO AMBRIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | No. ED CV 04-00852-FMC (VBK)<br><br>ORDER APPROVING MAGISTRATE<br>JUDGE'S REPORT AND<br>RECOMMENDATION |

　　The Court has reviewed the Complaint and other papers herein pursuant to 28 U.S.C. §636, including the Magistrate Judge's Report and Recommendation.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　**IT IS ORDERED** that: (1) Plaintiff's Motion for Summary Judgment is **DENIED**; (2) the Commissioner of Social Security's Cross-Motion for Summary Judgment is **GRANTED**; (3) Judgment be entered affirming the decision of the Commissioner of Social Security, and (4) this action is dismissed with prejudice.

//

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
2 Order and the Judgment herein by United States mail on counsel for
3 the parties of record.

5 DATED: *Aug. 29, 2005*

*Florence-Marie Cooper*
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE